IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD HACEESA,

        Petitioner,

v.                                                           No. CV 15-00420 JCH/CG

JEFF WRIGLEY, et al.,

        Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on October 27, 2015. (Doc. 10). In the PFRD, the Magistrate Judge found that Petitioner Howard Haceesa's *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254*, (Doc. 1), was time-barred under 28 U.S.C. § 2244(d)(1)(A), and recommended that it be dismissed with prejudice. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 10 at 7). No objections have been filed and the deadline of November 13, 2015 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Petitioner Howard Haceesa's *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254*, (Doc. 1), be **DISMISSED WITH PREJUDICE**.

                                                                  _____
                                                                  THE HONORABLE JUDITH C. HERRERA
                                                                  UNITED STATES DISTRICT JUDGE